## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS

**UNITED STATES OF AMERICA**                                    **PLAINTIFF**

**v.**

**NO. 4:17CR00293 BSM**

**AMOS ADAME**                                                  **DEFENDANT**

## MOTION FOR ADDITIONAL TIME TO FILE OBJECTIONS

Comes now Richard E. Holiman, and states as follows:

1. The defendant requests an additional seven (7) days to file objections to the Pre-Sentence report. Counsel has conferred with the AUSA and is authorized to state there is no objection to the request.

RICHARD E. HOLIMAN Attorney at Law
Bar Number 79091
Attorney for Defendant Amos Adame
212 Center St. Suite 325
Little Rock, Arkansas  72201
Telephone: (501) 375-1170
E-mail rickholiman@gmail.com