**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**

| | |
|---|---|
| United States of America | **Plaintiff** |
| v.    Case No.: 4:17–cr–00293–BSM | |
| Amos Adame | **Defendant** |

## NOTICE OF HEARING

    PLEASE take notice that a Sentencing has been set in this case for October 9, 2020, at 02:30 PM before Judge Brian S. Miller in Little Rock Courtroom # 2D in the Richard Sheppard Arnold United States Courthouse located at 600 West Capitol Avenue, Little Rock, Arkansas.

**DATE:** September 16, 2020

AT THE DIRECTION OF THE COURT
JAMES W. McCORMACK, CLERK

By: Raeanne M. Gardner, Deputy Clerk

Electronic copy provided to:

U.S. Marshals Service, Eastern District of Arkansas
U.S. Probation Office, Eastern District of Arkansas
Court Security Office, Eastern District of Arkansas